IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS FARMER,<br><br>Defendant | Criminal No.:13-162 (DRD) |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO GIVE CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771**

On this date, the Court considered the *Motion to Establish Procedure for Crime Victim Notification* (Docket No. 29), pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime of the accused in this case, the Antitrust Division may provide reasonable, accurate, and timely notice through its web site, http://www.usdoj.gov/atr, and through notice to lead counsel for the plaintiffs in the pending civil class actions, rather than individual notices to the crime victims of the Puerto Rico water freight conspiracy.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 12th day of August, 2013.

/s/ DANIEL R. DOMÍNGUEZ

DANIEL R. DOMÍNGUEZ
U.S. District Judge