IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**THOMAS FARMER,**<br>Defendant. | Criminal Case No.  3:13-cr-00162-DRD |

## DEFENDANT FARMER'S MOTION FOR A BILL OF PARTICULARS

Defendant Thomas Farmer, through his undersigned counsel, moves this Court for an

Order directing the Government to provide a bill of particulars pursuant to Fed. R. Crim. P. 7(f).

Respectfully submitted,

Dated: January 6, 2014

By*: /s/* _Terrance G. Reed_____
By: /s/ _V. Thomas Lankford_
Terrance G. Reed (Pro Hac Vice)
V. Thomas Lankford (Pro Hac Vice)
Lankford & Reed, PLLC
120 N. St. Asaph Street
Alexandria, VA  22314
(Phone) 703-299-5000
(Facsimile) 703-299-8876
tgreed@lrfirm.net
vtlankford@lrfirm.net

By: /s/ _Mark Rosenblum____
Mark Rosenblum (Pro Hac Vice)
Mark Rosenblum, P.A.
1300 Riverplace Boulevard, Suite 601

1

Jacksonville, FL 32207
(Phone) 904-396-6100
(Facsimile) 904-346-4481
mark@markrosenblumlaw.com


By: /s/ _Joseph C. Laws_____
Joseph C. Laws (USDC-PR Bar No. 120306)
239 Arterial Hostos Avenue, Suite 402
San Juan, PR 00918
(Phone) 787-754-7777
(Facsimile) 787-763-5223
lawofficesofjosephlaws@gmail.com

*Counsel for Defendant Thomas Farmer*

2

**CERTIFICATE OF SERVICE**


I hereby certify on the 6th day of January, 2014, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send a notification of such filing

(NEF) to the following:


Craig Y. Lee, PR Attorney #G01208
Jon B. Jacobs, PR Attorney #G01508
Trial Attorneys
U.S. Department of Justice
Antitrust Division
National Criminal Enforcement Section
450 5th St., NW Suite 11300
Washington, DC 20530
Tel: (202) 307-6694
Fax: (202) 514-6525
Email: jon.jacobs@usdoj.gov


                                    Respectfully submitted,


                                    By: /s/ _Terrance G. Reed____
                                    Terrance G. Reed (Pro Hac Vice)
                                    Lankford & Reed, PLLC
                                    120 N. St. Asaph Street
                                    Alexandria, VA  22314
                                    (Phone) 703-299-5000
                                    (Facsimile) 703-299-8876
                                    tgreed@lrfirm.net