

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20001*

April 16, 2014

VIA E-MAIL AND FEDERAL EXPRESS

Terrance G. Reed
V. Thomas Lankford
Lankford & Reed, PLLC
120 North Saint Asaph Street
Alexandria, Virginia  22314

    RE:    *United States v. Farmer*, No. 3:13-cr-00162-DRD (D.P.R.)

Dear Messrs. Reed and Lankford:

The United States provides the following information:

1) On or about June 10, 2013 the Department of Justice Civil Division inquired of the Antitrust Division whether there was evidence that Crowley Liner Services, Inc. ("Crowley") colluded with its competitors on United States Postal Service or other United States government contracts.  The Antitrust Division informed the Civil Division that it did not have any evidence that Crowley colluded with its competitors to fix the prices bid for government contracts, but that collusion between the competitors targeting bunker fuel charges might have affected Crowley's government contracts.

2) On November 12, 2013 the Civil Division informed the Antitrust Division that it lacked evidence that Crowley colluded with competitors to fix the prices of United States government contracts.  The Civil Division asked the Antitrust Division if it was aware of any new evidence that Crowley colluded with its competitors on government contracts.  The Antitrust Division informed the Civil Division that it did not have any new evidence regarding Crowley that implicated government contracts.

We are producing this information to you as a courtesy. Accordingly, we do not waive any arguments regarding the admissibility of this information at trial.

Sincerely,

Craig Y. Lee
Jon B. Jacobs
Trial Attorneys
Antitrust Division
U.S. Department of Justice