# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**THOMAS FARMER,**<br>Defendant. | Criminal Case No. 3:13-cr-00162-DRD |

## DEFENDANT'S RESPONSE TO GOVERNMENTS MOTION TO RESTRICT

Defendant Farmer respectfully submits this Response to the Governments Motion to Restrict. The undersigned have no objection to the Governments request to restrict the below described motion and the corresponding exhibits to the "selected parties" restriction level.

To wit: **Defendant's Motion to Dismiss Indictment or for Alternative Relief** (Dkt. 132), and the accompanying exhibits, which contain grand jury material. (Dkt. 136).

**RESPECTFULLY SUBMITTED.**

In San Juan, PR this 27th day of May, 2014.

**CERTIFICATION:** I hereby certify having filed this motion through the EM/ECF filing system, which will notify all parties and counsel of record in this case.

**RESPECTFULLY SUBMITTED**,

By: /s/ _Terrance G. Reed_____
By: /s/ _V. Thomas Lankford__
Terrance G. Reed (Pro Hac Vice)
V. Thomas Lankford (Pro Hac Vice)
Lankford & Reed, PLLC
120 N. St. Asaph Street

Alexandria, VA 22314
(Phone) 703-299-5000
(Facsimile) 703-299-8876
tgreed@lrfirm.net
vtlankford@lrfirm.net


By: /s/ Mark Rosenblum
Mark Rosenblum (Pro Hac Vice)
Mark Rosenblum, P.A.
1300 Riverplace Boulevard, Suite 601
Jacksonville, FL 32207
(Phone) 904-396-6100
(Facsimile) 904-346-4481
mark@markrosenblumlaw.com

By: /s/ Joseph C. Laws
Joseph C. Laws (USDC-PR Bar No. 120306)
239 Arterial Hostos Avenue, Suite 402
San Juan, PR 00918
(Phone) 787-754-7777
(Facsimile) 787-763-5223
lawofficesofjosephlaws@gmail.com

*Counsel for Defendant Thomas Farmer*