IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**THOMAS FARMER,**
Defendant.

Criminal Case No.  3:13-cr-00162-DRD

## MOTION IN COMPLIANCE WITH COURT'S ORDER

Defendant Farmer respectfully submits this motion in compliance with the Court's Order granting access to Case No. 3:08-md-1960 (DRD). (Dkt 148) Defendant is granted access subject to two conditions:

1) Defendant shall provide notice to the parties that designated the materials in the aforementioned case as confidential, so they can exercise their rights under the protective order in said case; (Exhibit 1)

2) Defendant shall comply with the discovery obligations under Fed. R. Crim. P. 16(b) by providing a copy of the obtained material to the Government.

As Ordered by the Court, proper notice has been filed in Case No. 3:08-md-1960 (DRD)(Dkt 1063). (Exhibit 2)

**WHEREFORE**, the undersigned counsel respectfully requests this Honorable Court to note the instant motion.

1

**RESPECTFULLY SUBMITTED**, In San Juan, Puerto Rico on this 1st day of July, 2014.

**CERTIFICATION**: I hereby certify having filed this motion through the EM/ECF filing system, which will notify all parties and counsel of record in this case.

                                                      Respectfully submitted,

Dated: July 1, 2014                                   By*: /s/* _Terrance G. Reed_____
                                                       By*: /s/* _V. Thomas Lankford __
                                                       Terrance G. Reed (Pro Hac Vice)
                                                       V. Thomas Lankford (Pro Hac Vice)
                                                       Lankford & Reed, PLLC
                                                       120 N. St. Asaph Street
                                                       Alexandria, VA  22314
                                                       (Phone) 703-299-5000
                                                      (Facsimile) 703-299-8876
                                                      tgreed@lrfirm.net
                                                      vtlankford@lrfirm.net

                                                     By: /s/ _Mark Rosenblum_____
                                                      Mark Rosenblum (Pro Hac Vice)
                                                      Mark Rosenblum, P.A.
                                                      1300 Riverplace Boulevard, Suite 601
                                                      Jacksonville, FL 32207
                                                      (Phone) 904-396-6100
                                                      (Facsimile) 904-346-4481
                                                      mark@markrosenblumlaw.com

                                                     By: /s/ _Joseph C. Laws_____ _
                                                     Joseph C. Laws (USDC-PR Bar No. 120306)
                                                     239 Arterial Hostos Avenue, Suite 402
                                                     San Juan, PR 00918
                                                     (Phone) 787-754-7777
                                                     (Facsimile) 787-763-5223
                                                     lawofficesofjosephlaws@gmail.com

                                                     *Counsel for Defendant Thomas Farmer*