**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| v. | Criminal Case No. 3:13-cr-00162-DRD |
| **THOMAS FARMER,** Defendant. | |

## DEFENDANT'S MOTION TO RESTRICT

Pursuant to the Court's Standing Order No. 9, Defendant Farmer moves to restrict certain exhibits to "Defendant Farmer's Motion In Limine To Exclude Evidence Of Payment Stubs," which will be the Defendant's next- numbered filing after the filing this Motion. Defendant will be entering one (1) exhibit as an attachment to his Reply Brief in support of his Motion for reconsideration of this Court's ruling that Puerto Rico is a State for section 1 purposes. These one (1) exhibit will bear the consecutive decimal number associated with the filed motion, *e.g.* Docket No. ___-1.

The Government has previously identified certain exhibits as containing confidential investigative material from the Grand Jury. Without conceding the Government's position, Defendant wishes to file such material as restricted material.

In order to file the Certification together with the one (1) exhibit, Defendant filed everything under the "parties" restriction level. Defendant now respectfully requests that the following exhibit remain restricted to the "parties" restriction level:

Docket No. ___-1, Exhibit 1

1

This Certification itself does not contain confidential information. Therefore, Defendant respectfully requests that the filing status of the following be changed to "public":

Docket No. ___, "Defendant Farmer's Motion In Limine To Exclude Evidence Of Payment Stubs"

Respectfully submitted,

Dated: September 2, 2014

By*: /s/* _Terrance G. Reed_____
Terrance G. Reed (Pro Hac Vice)
V. Thomas Lankford (Pro Hac Vice)
Lankford & Reed, PLLC
120 N. St. Asaph Street
Alexandria, VA  22314
(Phone) 703-299-5000
(Facsimile) 703-299-8876
tgreed@lrfirm.net
vtlankford@lrfirm.net

By: /s/ _Mark Rosenblum_____
Mark Rosenblum (Pro Hac Vice)
Mark Rosenblum, P.A.
1300 Riverplace Boulevard, Suite 601
Jacksonville, FL 32207
(Phone) 904-396-6100
(Facsimile) 904-346-4481
mark@markrosenblumlaw.com

By: /s/ _Joseph C. Laws_____ _
Joseph C. Laws (USDC-PR Bar No. 120306)
239 Arterial Hostos Avenue, Suite 402
San Juan, PR 00918
(Phone) 787-754-7777
(Facsimile) 787-763-5223
lawofficesofjosephlaws@gmail.com

*Counsel for Defendant Thomas Farmer*

**CERTIFICATE OF SERVICE**

I hereby certify on the 2nd day of September, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig Y. Lee, PR Attorney #G01208
Jon B. Jacobs, PR Attorney #G01508
Trial Attorneys
U.S. Department of Justice
Antitrust Division
National Criminal Enforcement Section
450 5th St., NW Suite 11300
Washington, DC 20530
Tel: (202) 307-6694
Fax: (202) 514-6525
Email: jon.jacobs@usdoj.gov

By: /s/ Terrance G. Reed (Pro Hac Vice)
LANKFORD & REED, PLLC
120 N. St. Asaph Street
Alexandria, VA  22314
(Phone) 703-299-5000
(Facsimile) 703-299-8876
tgreed@lrfirm.net