IN THE UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMÍNGUEZ

| | |
|---|---|
| MINUTES OF PROCEEDINGS | DATE: October 16, 2014 |
| Criminal No.   13-0162 (DRD) | Began: 5:50 p.m. |
| Law Clerk:     Manuel Franco | Ended: 6:20 p.m. |
| Court Reporter:   Annette Montalvo | |

**United States,**   Represented By: Craig Y. Lee, and Jon B. Jacobs
    Plaintiff

        v.

**Thomas Farmer,**   Represented By: Terrance Gilroy Reed, Melanie
    Defendant   Matos, and Joseph Laws

A **Telephone Conference** was held today.  The Conference began at 5:50 p.m. and ended at 6:20 p.m.  Annette Montalvo, a court stenographer, was present and transcribed the entirety of the conference.  Initially, the Court recognized that, on this same date, the First Circuit denied Defendant's petition for writ of mandamus.  *See* Docket No. 264.  Next, the Court turned to several matters that may require a hearing: the motion to quash, see Docket No. 228; the motion to suppress, see Docket No. 135; and the motion for an evidentiary hearing, see Docket No. 144.  The Court expressed its intent to hold one hearing for all three motions that is to be held on **November 13, 2014 and November 14, 2014**.

The defense informed the Court that the motion to quash is likely to be resolved by way of an agreement between the defense and the third party.  Thus, the Court requires the defense to file an informative motion on this matter on **Monday, October 27, 2014**.  With respect to the other two motions, the Government averred that a hearing was unnecessary because the Court may properly resolve these issues strictly on the argumentation contained in the briefs.  The Court stated that it would consider whether or not a hearing is necessary on these two motions and issue an order to that effect **at least five days before the starting date of the hearing**.

The hearing in question would have the effect of pushing the trial to a later starting date. Pursuant to an agreement of the parties, the trial was therefore set to begin on **January 26, 2015,** which was the first available date. Accordingly, the Court conferred with the parties and finalized several corresponding dates and deadlines:

- **January 5, 2015**: deadline to submit jury questionnaires,
- **January 12, 2015**: potential jurors shall answer the jury questionnaires,
- **January 20, 2015**: pretrial conference, and
- **January 26, 2015**: jury selection and commencement of trial.

Any amendments to this minute entry, which are grounded upon any inaccuracy, should be filed within five (5) days of the receipt of this order.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of October, 2014.

/s/ *Daniel R. Domínguez*
Senior U.S. District Judge