## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

Criminal No. 03:13-cr-00162 (DRD)

v.

**THOMAS FARMER,**
Defendant.

### JOINT NOTICE OF COMPLIANCE WITH COURT'S DECEMBER 5, 2014 ORDER

On December 5, 2014, the Court vacated a hearing scheduled for December 9, 2014 and ordered the parties to "confer and agree upon at least five proposed dates and times of availability to hold the hearing." (Dkt. 286). The parties have conferred and propose the following to the Court.

Because one of the agents who may testify at the hearing is currently stationed overseas until mid-January 2015, and another agent witness is scheduled to testify in a different trial in early January, the government is unable to produce all of the requested witnesses until the week of Monday, January 19. Because that Monday is a federal holiday, the hearing cannot be held on that day. The pretrial conference in this case is currently scheduled for Tuesday, January 20 at 5:00 p.m. Jury selection is scheduled to start on Monday, January 26 at 9:00 a.m.

If the Court intended the parties to propose five different "times" for the hearing, then the parties propose: (i) the morning of Wednesday, January 21; (ii) the afternoon of Wednesday, January 21; (iii) the morning of Thursday, January 22; (iv) the afternoon of Thursday, January 22; or (v) any time on Friday, January 23. The parties prefer one of those times in order to keep the scheduled date for jury selection on Monday morning, January 26. If the Court instead intended the parties to propose five different "dates" for the hearing, then the parties propose:

- 2 -

(i) January 20; (ii) January 21; (iii) January 22; (iv) January 23; or (v) January 26, which may

postpone jury selection and the start of trial by one day.


DATED:  December 9, 2014.

Respectfully submitted,

/s/  Terrance G. Reed                               _/s/ Jon B. Jacobs_____
Terrance G. Reed (Pro Hac Vice)          Craig Y. Lee, PR Attorney #G01208
V. Thomas Lankford (Pro Hac Vice)      Jon B. Jacobs, PR Attorney #G01508
Lankford & Reed, PLLC                          Trial Attorneys
120 N. St. Asaph Street                           U.S. Department of Justice
Alexandria, VA 22314                             Antitrust Division
(Phone) 703-299-5000                            450 5th St., NW Suite 11300
(Facsimile) 703-299-8876                       Washington, DC 20530
tgreed@lrfirm.net                                    Tel: (202) 514-5012
vtlankford@lrfirm.net                            Fax: (202) 514-6525
                                                              jon.jacobs@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2014, a true and correct copy of the

foregoing "JOINT NOTICE OF COMPLIANCE WITH COURT'S DECEMBER 5, 2014

ORDER" was filed electronically and to the best of my knowledge, information and

belief, counsel for defendant will be notified through the Electronic Case Filing System.


      /s/ Jon B. Jacobs                  

Craig Y. Lee, PR Attorney #G01208

Jon B. Jacobs, PR Attorney #G01508

Trial Attorneys

U.S. Department of Justice

Antitrust Division

450 5th St., NW Suite 11300

Washington, DC 20530

Tel: (202) 514-5012

Fax: (202) 514-6525

Email: jon.jacobs@usdoj.gov