IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**THOMAS FARMER,**
Defendant.

Criminal Case No.  3:13-cr-00162-DRD

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW, the undersigned attorneys and very respectfully state and pray as follows:

1. Jury Selection for the instant case is set to commence on January 26, 2015 at 9:00 a.m. and subsequently the Jury Trial will begin in the Old San Juan courthouse before Judge Daniel R. Dominguez.  (See Docket No. 267).

2. The undersigned is commencing a Jury Trial in Criminal Case No. 14-380 (ADC) before Honorable Chief Judge Aida Delgado on January 9, 2015. As this Honorable Court has set, this Trial will last until January 30, 2015. (See Order in Docket No. 128, Case No. 14-380).

3. Because of this, the undersigned has communicated with US Attorney Craig Lee to discuss this situation. We have been advised that the Government will object to any continuance of the Trial date, irrespective of when the Trial in Case No. 14-380 (ADC) is terminated.

**WHEREFORE,** it is respectfully requested from this Honorable Court, for the reasons previously expressed, to take note of the aforementioned in case it becomes necessary to continue the Trial date of this case until the Trial in Case No. 14-380 (ADC) is terminated.

**RESPECTFULLY SUBMITTED,** In San Juan, PR this 8th day of January, 2015.

**CERTIFICATION:** I hereby certify having filed this motion through the EM/ECF filing system, which will notify all parties and counsel of record in this case.

**RESPECTFULLY SUBMITTED**,

By: /s/ _Terrance G. Reed_
Terrance G. Reed (Pro Hac Vice)
V. Thomas Lankford (Pro Hac Vice)
Lankford & Reed, PLLC
120 N. St. Asaph Street
Alexandria, VA  22314
(Phone) 703-299-5000
(Facsimile) 703-299-8876
tgreed@lrfirm.net
vtlankford@lrfirm.net


By: /s/ _Mark Rosenblum_
Mark Rosenblum (Pro Hac Vice)
Mark Rosenblum, P.A.
1300 Riverplace Boulevard, Suite 601
Jacksonville, FL 32207
(Phone) 904-396-6100
(Facsimile) 904-346-4481
mark@markrosenblumlaw.com

By: /s/ _Joseph C. Laws_
Joseph C. Laws (USDC-PR Bar No. 120306)
239 Arterial Hostos Avenue, Suite 402
San Juan, PR 00918
(Phone) 787-754-7777
(Facsimile) 787-763-5223
lawofficesofjosephlaws@gmail.com

*Counsel for Defendant Thomas Farmer*