# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>THOMAS FARMER,<br>Defendant. | Criminal No. 03:13-cr-00162 (DRD) |

## UNITED STATES' RESPONSE TO DEFENDANT'S INFORMATIVE MOTION

Earlier today, defendant filed an Informative Motion asking this Court to take note of a possible conflict that his local counsel, Joseph C. Laws, may have if trial in another case extends into the last week of January. (Dkt. 294). The United States clarifies its opposition to a continuance of the trial date in this case as follows:

1. A continuance at this point is premature. By his own admission, Mr. Laws does not know when the trial before Chief Judge Delgado, scheduled to start on January 9, will finish.

2. Mr. Laws is one of four attorneys representing defendant. *Id.*

3. The trial date for this case has been set since October 16, 2014. (Dkt. 267). Having a date certain greatly assists the coordination of several government witnesses who are traveling to this District to testify in this case.

DATED: January 8, 2015

Respectfully submitted,

 /s/ Craig Y. Lee
Craig Y. Lee, PR Attorney #G01208
Jon B. Jacobs, PR Attorney #G01508
Diana Kane, PR Attorney #G01913
Trial Attorneys, Antitrust Division
U.S. Department of Justice
450 5th St., NW Suite 11300
Washington, DC 20530
Tel: (202) 307-1044
Fax: (202) 514-6525
Email: craig.lee@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 8**,** 2015, a true and correct copy of the foregoing "UNITED STATES' RESPONSE TO DEFENDANT'S INFORMATIVE MOTION" was filed and to the best of my knowledge, information and belief, counsel for defendant will be notified through the Electronic Case Filing System.

    _/s/ Jon B. Jacobs_____
Jon B. Jacobs, PR Attorney #G01508
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 11300
Washington, D.C. 20530
Tel.: (202) 514-5012
Fax: (202) 514-6525
Email: jon.jacobs@usdoj.gov